Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Suite 200
San Francisco, CA 94108
(415) 956-5513 (phone)
(415) 840-0308 (fax)

Attorney for Petitioner,
Gurdeep Singh.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GURDEEP SINGH,<br><br>    Petitioner,<br><br>v.<br><br>LT. DAVID SEPULVEDA, JAIL ADMINISTRATOR, SANTA CLARA COUNTY DEPARTMENT OF CORRECTION; ET AL.,<br><br>    Respondents. | No.   CV 08-0881 MHP<br>DHS Alien Number:  A 72-966-539<br><br><br>APPLICATION FOR ISSUANCE OF ORDER TO SHOW CAUSE; [PROPOSED] ORDER |

      Petitioner, Gurdeep Singh ("Mr. Singh"), hereby requests the Court to grant his Petition for Writ of Habeas Corpus or, alternatively, to issue an order directing Respondents to show cause why his petition should not be granted. This request is based on the following grounds:

      1.    28 U.S.C. § 2243 requires that "[a] court, justice, or judge entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the application or person detained is not entitled thereto."

      2.    On February 8, 2008, Mr. Singh filed a Petition for Writ of Habeas Corpus, in which he alleged that he was being unlawfully detained pursuant to 8 U.S.C. §§ 1225 & 1226(c). Because Mr. Singh's petition raises several substantial challenges to the lawfulness of his ongoing detention, the Court should immediately order Respondents to show cause why

/ /

1  the Writ should not be granted, within the next ten (10) days.  28 U.S.C. § 2243.

4  Date:   February 15, 2008            Respectfully submitted,

5                                       LAW OFFICE OF ROBERT B. JOBE

6                                       /s/ Robert B. Jobe
                                        _____
7                                       Robert B. Jobe
                                        Counsel for Petitioner

27 CV 08-0881 MHP
28 Application for Issuance of Order to Show Cause;
   [Proposed] Order

Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Suite 200
San Francisco, CA 94108
(415) 956-5513 (phone)
(415) 840-0308 (fax)

Attorney for Petitioner,
Gurdeep Singh.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GURDEEP SINGH,<br><br>    Petitioner,<br><br>v.<br><br>LT. DAVID SEPULVEDA, JAIL ADMINISTRATOR, SANTA CLARA COUNTY DEPARTMENT OF CORRECTION; ET AL.,<br><br>    Respondents. | No.   CV 08-0881 MHP<br>DHS Alien Number:  A 72-966-539<br><br>[PROPOSED] ORDER TO SHOW CAUSE |

Based upon the Application for Issuance of Order to Show Cause, IT IS HEREBY ORDERED that Respondents show cause within the next ten (10) days as to why Petitioner's Writ should not be granted.

Dated this_____day of_____, 2008.


_____
MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE