**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GURDEEP SINGH,

        Plaintiff(s),

  v.

DAVID SEPULVEDA,

        Defendant(s).

No. C 08-00881 MHP

**CLERK'S NOTICE**
**(Scheduling Case Management Conference)**

    This case is hereby scheduled for a case management conference on Monday, **April 14, 2008, at 4:00 p.m.** A Joint Case Management Statement, which includes a briefing schedule, is due one week prior to the conference. Plaintiff is responsible for forwarding a copy of the form for the Joint Case Management Statement on all defendants, and shall also serve a copy of this notice on all defendants.

Richard W. Wieking
Clerk, U.S. District Court

Dated: February 21, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140