1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Respondents
8

9                 UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12 GURDEEP SINGH,                      )
                                       )  No. C 08-0881 MHP
13              Petitioner,            )
                                       )
14         v.                          )  **STIPULATION TO A BRIEFING**
                                       )  **SCHEDULE; AND [PROPOSED] ORDER**
15 LT. DAVID SEPULVEDA, Jail Administrator, )
   Santa Clara County Department of Correction; )
16 EDWARD FLORES, Chief of Correction,  )
   Santa   Clara County Department of Correction; )
17 ANTHONY M. AIELLO, Assistant Field Office )
   Director, San Francisco District Office, )
18 U.S. Immigration and Customs Enforcement; )
   JULIE MYERS, Assistant Secretary,   )
19 U.S. Immigration and Customs Enforcement; )
   MICHAEL CHERTOFF, Secretary,        )
20 Department of  Homeland Security;    )
   MICHAEL B. MUKASEY,                 )
21 Attorney General, United States,     )
                                       )
22              Respondents.           )
   ─────────────────────────────────── )
23

24      On February 8, 2008, Petitioner filed a petition for a writ of habeas corpus.  Petitioner, by and

25 through his attorney of record, and Respondents, by and through their attorneys of record, hereby

26 stipulate, subject to the approval of the Court, to the following briefing schedule:

27      Respondents' Opposition to Habeas Petition due:        March 26, 2008

28      Petitioner's Reply:                                    April 2, 2008

Stip to Briefing Schedule
C-08-0881 MHP                      1

1    Hearing:                                April 14, 2007, at 2:00 p.m.

2    Dated: February 25, 2008              Respectfully submitted,

3                                          SCOTT N. SCHOOLS
                                           United States Attorney
4

5    _____
            /s/
6    ILA C. DEISS[1]
     Assistant United States Attorney
7    Attorneys for Respondents

8

9    Date: February 25, 2008                      /s/
                                           _____
10                                         ROBERT B. JOBE
                                           Attorney for Petitioner
11

12
                                    **ORDER**
13
         Pursuant to stipulation, IT IS SO ORDERED.
14

15

16   Date:                                 _____

17                                         MARILYN HALL PATEL
                                           United States District Judge
18

19

20

21

22

23

24

25

26

27   _____

28      [1]  I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any
     signatures indicated by a "conformed" signature (/S/) within this efiled document.
     Stip to Briefing Schedule
     C-08-0881 MHP                    2