1   JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
2   JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
3   Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
4   Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
6       Telephone: (415) 436-7124
        FAX: (415) 436-7169
7
    Attorneys for Respondents
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12  GURDEEP SINGH,                    )
                                      )    No. C 08-0881 MHP
13            Petitioner,             )
                                      )
14        v.                          )    **STIPULATION TO A BRIEFING**
                                      )    **SCHEDULE; AND [PROPOSED] ORDER**
15  LT. DAVID SEPULVEDA, Jail Administrator,  )
    Santa Clara County Department of Correction;  )
16  EDWARD FLORES, Chief of Correction,   )
    Santa   Clara County Department of Correction;  )
17  ANTHONY M. AIELLO, Assistant Field Office  )
    Director, San Francisco District Office,   )
18  U.S. Immigration and Customs Enforcement;  )
    JULIE MYERS, Assistant Secretary,    )
19  U.S. Immigration and Customs Enforcement;  )
    MICHAEL CHERTOFF, Secretary,      )
20  Department of  Homeland Security;     )
    MICHAEL B. MUKASEY,               )
21  Attorney General, United States,      )
                                      )
22            Respondents.            )
    _____ )
23

24       On February 8, 2008, Petitioner filed a petition for a writ of habeas corpus.  Petitioner, by and

25  through his attorney of record, and Respondents, by and through their attorneys of record, hereby

26  stipulate, subject to the approval of the Court, to the following briefing schedule:

27       Respondents' Opposition to Habeas Petition due:        March 26, 2008

28       Petitioner's Reply:                                    April 2, 2008

Stip to Briefing Schedule
C-08-0881 MHP                    1

1      Hearing:                             April 14, 2007, at 2:00 p.m.

2 Dated: February 25, 2008              Respectfully submitted,

3                                   SCOTT N. SCHOOLS
                                  United States Attorney

4

5                                         /s/

6                                   ILA C. DEISS[1]
                                  Assistant United States Attorney
                                  Attorneys for Respondents

7

8

9 Date: February 25, 2008                     /s/

10                                   ROBERT B. JOBE
                                  Attorney for Petitioner

11

12                                 **ORDER**

13

14     Pursuant to stipulation, IT IS SO ORDERED.

15

16 Date:  2/27/2008

17                         IT IS SO ORDERED

18                                 Judge Marilyn H. Patel

19

20

21

22

23

24

25

26

27

28      [1]  I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any
signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stip to Briefing Schedule
C-08-0881 MHP                       2