1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Respondents
8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                            SAN FRANCISCO DIVISION

12  GURDEEP SINGH,                              )
                                                ) No. C 08-0881 MHP
13                  Petitioner,                 )
                                                )
14          v.                                  ) **RESPONDENTS' MOTION UNDER**
                                                ) **CIVIL LOCAL RULE 6-3 TO CHANGE**
15  LT. DAVID SEPULVEDA, Jail Administrator,    ) **TIME; AND DECLARATION OF ILA C.**
    Santa Clara County Department of Correction;) **DEISS**
16  EDWARD FLORES, Chief of Correction,         )
    Santa  Clara County Department of Correction;) Hearing:    April 14, 2008
17  ANTHONY M. AIELLO, Assistant Field Office   ) Time:       2:00 p.m.
    Director, San Francisco District Office,    )
18  U.S. Immigration and Customs Enforcement;   )
    JULIE MYERS, Assistant Secretary,           )
19  U.S. Immigration and Customs Enforcement;   )
    MICHAEL CHERTOFF, Secretary,                )
20  Department of  Homeland Security;           )
    MICHAEL B. MUKASEY,                         )
21  Attorney General, United States,            )
                                                )
22                  Respondents.                )
                                                )
23  _____ )

24      Petitioner Gurdeep Singh ("Petitioner"), a criminal alien who is currently in removal

25  proceedings, has been in the custody of the Department of Homeland Security ("DHS") since

26  March 2007.  *See* Petition for Writ of Habeas Corpus at 1, 33.  Petitioner has filed a petition for a

27  writ of habeas corpus pursuant to 28 U.S.C. § 2241 and asks this Court to order his release from

28  custody, or in the alternative, to grant Petitioner a bond hearing.  *Id.*

Respondents' Motion to Change Time
C-08-0881 MHP                                   1

1  Petitioner is currently being detained under section 236(c)(1) of the Immigration and
2  Nationality Act (INA) ,8 U.S.C. § 1226(c)(1), based on his conviction under California Penal Code
3  section violation of Cal. Penal Code § 288a(b)(1) (oral copulation with a person under 18 years of
4  age) and to reduced violation of Cal. Penal Code §§ 236/237 (false imprisonment). *See* Petitioner's
5  Status Report at 1-2.

6  Under a stipulated briefing schedule approved by the Court on February 27, 2008,
7  Respondents' Opposition is currently due March 26, 2008; Petitioner's Reply on April 2, 2008,
8  and a hearing is set for April 14, 2008.

9  Petitioner is scheduled to appear before an Immigration Judge for a *Joseph* Hearing on April
10 21, 2008.[1]  See Declaration of Ila C. Deiss (Deiss Decl.), ¶ 2.  If the Immigration Judge determines
11 on **April 21, 2008**, that Petitioner is not properly subjected to mandatory detention, he or she can
12 conduct a bond hearing and direct Petitioner's release.  *See* 8 C.F.R. §§ 236.1(d)(1) &
13 1236.1(d)(1) (explaining that an IJ may redetermine the initial custody and bond determination of
14 the district director any time before a final deportation order).  Moreover, whatever the
15 Immigration Judge decides will substantially modify the issues presented in the habeas petition
16 before this Court.[2]

17 Petitioner's counsel was telephoned on multiple occasions and has declined to join this motion.
18 *See* Deiss Decl, ¶¶ 3-7.

19 In the interest of judicial resources, and recognizing that the parallel administrative

---

[1] When a person is detained under INA § 236(c), 8 U.S.C. § 1226(c), the person may request a hearing pursuant to *Matter of Joseph*, 22 I. & N. Dec. 799, 199 WL 3309053 (BIA 1999). At this hearing, the person is, "entitled to raise any non-frivolous argument available to demonstrate that he was not properly included in a mandatory detention category." *Demore v. Kim*, 538 U.S. 510, 514 (2003).  At a *Joseph* hearing, "the detainee may avoid mandatory detention by demonstrating that he is not an alien, was not convicted of the predicate crime, or that the INS is otherwise substantially unlikely to establish that he is in fact subject to mandatory detention." *Id.* at 514, n. 3.

[2] As noted by Petitioner in his March 18, 2008 Status Report, filed without communicating with the Government, ICE has lodged new charges of removability against Petitioner.  Deiss Decl., ¶ 4.  These new charges form the basis for Petitioner's ongoing detention, which is the issue before this Court.

Respondents' Motion to Change Time
C-08-0881 MHP                                  2

proceedings have a substantial impact on the issues before this Court, Respondents respectfully ask this Court pursuant to Local Rule 6-3 for a brief extension in the briefing schedule in order to allow the Immigration Judge to make a determination on the Petitioner's detention.  Respondents recommend the following briefing schedule in light of the April 21, 2008 *Joseph* Hearing before the Immigration Judge:

| | |
|---|---|
| Respondents' Return in Opposition: | April 25, 2008 |
| Petitioner's Reply: | May 2, 2008 |
| Hearing: | May 19, 2008, at 2:00 p.m. |

No other extensions of time have been requested and this motion is not made to delay matters.

Dated: March 20, 2008                                       Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

                                        /s/
ILA C. DEISS[3]
Assistant United States Attorney
Attorneys for Respondents

---

[3] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Respondents' Motion to Change Time
C-08-0881 MHP                                   3

1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Respondents
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 GURDEEP SINGH,                              )
                                               ) No. C 08-0881 MHP
13                Petitioner,                  )
                                               )
14         v.                                  ) **DECLARATION OF ILA C. DEISS IN**
                                               ) **SUPPORT OF RESPONDENTS'**
15 LT. DAVID SEPULVEDA, Jail Administrator,    ) **MOTION TO CHANGE TIME**
   Santa Clara County Department of Correction;)
16 EDWARD FLORES, Chief of Correction,         )
   Santa  Clara County Department of Correction;)
17 ANTHONY M. AIELLO, Assistant Field Office   )
   Director, San Francisco District Office,    )
18 U.S. Immigration and Customs Enforcement;   )
   JULIE MYERS, Assistant Secretary,           )
19 U.S. Immigration and Customs Enforcement;   )
   MICHAEL CHERTOFF, Secretary,                )
20 Department of  Homeland Security;           )
   MICHAEL B. MUKASEY,                         )
21 Attorney General, United States,            )
                                               )
22                Respondents.                 )
                                               )
23 _____)

24     Pursuant to Civil Local Rules 6-3 and 7-5 and 28 U.S.C. § 1746, I, Ila C. Deiss, declare as

25 follows:

26     1. I am employed as an Assistant United States Attorney for the Northern District of California

27        and have been assigned as local counsel in *Singh, v. Sepulveda*; *et al.*, No. C 08-0881 MHP.

28        As such, I have personal knowledge of the following facts and could testify regarding these

Declaration of Ila C. Deiss
C-08-0881 MHP                                    1

1. facts if called to do so.

2. Petitioner appeared before San Francisco Immigration Judge Yamaguchi on March 11, 2008, and a subsequent hearing before Judge Yamaguchi was set for April 21, 2008.

3. I telephoned Petitioner's counsel, Robert Jobe, on March 11, 2008, to discuss the administrative proceedings' effect on the habeas petition pending in this Court. I suggested extending the briefing schedule and counsel opposed.

4. On March 15, 2008, Immigration and Customs Enforcement lodged new charges against Petitioner. Without contacting me, Petitioner's counsel filed *sua sponte* a Status Report on March 18, 2008.

5. On March 18, 2008, counsel eventually left me a telephonic message and I returned the call, leaving a message to call me back

6. Counsel did not return my call and on March 19, 2008, I called again. Petitioner's counsel stated that he did not agree to an extension of time in the briefing schedule. I later left a message on counsel's answering machine stating that if I did not hear from him by the end of the day, I would be moving the Court for an extension.

7. I did not hear from counsel, but out of an abundance of caution, asked my paralegal, Tiffani Chiu, to call counsel on March 20, 2008. Counsel's assistant informed my paralegal that counsel did not wish to join this motion.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed under the laws of the United States on this 20th day of March 2008, in San Francisco, California.

                                                  /s/
                                        ILA C. DEISS

Declaration of Ila C. Deiss
C-08-0881 MHP                    2