UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GURDEEP SINGH, | No. C 08-0881 MHP |
| Petitioner, | |
| | **[PROPOSED] ORDER** |
| v. | |
| LT. DAVID SEPULVEDA, *et al.*; | |
| Respondents. | |

Before the Court is Respondents' Motion to Change Time under Civil L.R. 6-3. Good cause having been shown, said application is GRANTED. The briefing schedule is as follows:

| | |
|---|---|
| Respondents' Return in Opposition to the Habeas Petition: | April 25, 2008 |
| Petitioner's Reply: | May 2, 2008 |
| Hearing: | May 19, 2008, at 2:00 p.m. |

**IT IS SO ORDERED.**

Date: _____

MARILYN HALL PATEL
United States District Judge

Order
C-08-0881 MHP