1      UNITED STATES DISTRICT COURT

2      NORTHERN DISTRICT OF CALIFORNIA

3      SAN FRANCISCO DIVISION

4  GURDEEP SINGH,                              )   No. C 08-0881 MHP
                                               )
5              Petitioner,                     )
                                               )   **[PROPOSED] ORDER**
6          v.                                  )
                                               )
7  LT. DAVID SEPULVEDA, *et al.*;              )
                                               )
8              Respondents.                    )
   _____ )

9

10     Before the Court is Respondents' Motion to Change Time under Civil L.R. 6-3.  Good cause

11  having been shown, said application is GRANTED.  The briefing schedule is as follows:

12

13     Respondents' Return in Opposition
       to the Habeas Petition:                     April 7, 2008
14
       Petitioner's Reply:                         April 14, 2008
15
       Hearing:                                    April 28, 2008, at 2:00 p.m.
16

17     **IT IS SO ORDERED.**

18

19  Date:                                    _____
                                             MARILYN HALL PATEL
20                                           United States District Judge

21

22

23

24

25

26

27

28

Order
C-08-0881 MHP