UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GURDEEP SINGH, | ) No. C 08-0881 MHP |
| Petitioner, | ) |
| | ) [PROPOSED] ORDER |
| v. | ) |
| LT. DAVID SEPULVEDA, *et al.*; | ) |
| Respondents. | ) |

Before the Court is Respondents' Motion to Change Time under Civil L.R. 6-3. Good cause having been shown, said application is GRANTED. The briefing schedule is as follows:

| | |
|---|---|
| Respondents' Return in Opposition to the Habeas Petition: | April 7, 2008 |
| Petitioner's Reply: | April 14, 2008 |
| Hearing: | April 28, 2008, at 2:00 p.m. |

**IT IS SO ORDERED.**

Date: March 26, 2008



Judge Marilyn H. Patel

Order
C-08-0881 MHP