JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GURDEEP SINGH,<br><br>                    Petitioner,<br><br>            v.<br><br>LT. DAVID SEPULVEDA, Jail Administrator,<br>Santa Clara County Department of Correction;<br>EDWARD FLORES, Chief of Correction,<br>Santa   Clara County Department of Correction;<br>ANTHONY M. AIELLO, Assistant Field Office<br>Director, San Francisco District Office,<br>U.S. Immigration and Customs Enforcement;<br>JULIE MYERS, Assistant Secretary,<br>U.S. Immigration and Customs Enforcement;<br>MICHAEL CHERTOFF, Secretary,<br>Department of  Homeland Security;<br>MICHAEL B. MUKASEY,<br>Attorney General, United States,<br><br>                    Respondents. | No. C 08-0881 MHP<br><br>**DECLARATION OF ILA C. DEISS<br>IN SUPPORT OF RESPONDENTS'<br>RETURN IN OPPOSITION** |

Pursuant to Civil Local Rules 6-3 and 7-5 and 28 U.S.C. § 1746, I, Ila C. Deiss, declare as follows:

1. I am employed as an Assistant United States Attorney for the Northern District of California and have been assigned as local counsel in *Singh, v. Sepulveda*; *et al.*, No. C 08-0881 MHP. As such, I have personal knowledge of the following facts and could testify regarding these facts if called to do so.

Declaration of Ila C. Deiss
C-08-0881 MHP                                                1

2. Immigration and Customs Enforcement have given me documents from Petitioner's administrative Alien File, some of which are attached to this declaration.

3. Attached as Exhibit 1 is a true and correct copy of the March 20, 2007 Notice to Appear issued by the Immigration and Customs Enforcement.

4. Attached as Exhibit 2 is a true and correct copy of the Form I-261, Additional Charges of Inadmissability/Deportability, submitted by Immigration and Customs Enforcement, dated March 15, 2008.

5. Attached as Exhibit 3 is a true and correct copy of Respondent Singh's Unopposed Motion for Custody Redetermination/ Joseph Hearing, filed March 24, 2008 in the Immigration Court.

6. Attached as Exhibit 4 is a true and correct copy of Immigration Judge's March 11, 2008 Order setting Mr. Singh's master calendar hearing for April 21, 2008.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed under the laws of the United States on this 7th day of April 2008, in San Francisco, California.

                                              /s/
                                ILA C. DEISS

# EXHIBIT 1

U. S. Department of Justice
Immigration and Naturalization Service

**Notice to Appear**

In removal proceedings under section 240 of the Immigration and Nationality Act

File No: **A072 966 539**
Case No: **LAX0702001473**

In the Matter of:

Respondent: **Gurdeep SINGH** (G.S) _____ currently residing at:

**IN SERVICE CUSTODY**
**SAN FRANCISCO CALIFORNIA 94111** _____ **(530)673-5767**
(Number, street, city state and ZIP code)                                    (Area code and phone number)

[X] 1. You are an arriving alien.
[ ] 2. You are an alien present in the United States who has not been admitted or paroled.
[ ] 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:

**See Continuation Page Made a Part Hereof**

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

**See Continuation Page Made a Part Hereof**

[ ] This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

[ ] Section 235(b)(1) order was vacated pursuant to: [ ] 8 CFR 208.30(f)(2)   [ ] 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at: _____
**TO BE DETERMINED**
                                                    (Complete Address of Immigration Court, Including Room Number, if any)
On **a date to be set**     at **a time to be set** to show why you should not be removed from the United States based on the
     (Date)                      (Time)
charge(s) set forth above.

                                                CBP OFFICER **Kim NG**
                                                (Signature and Title of Issuing Officer)

Date: March 20, 2007                            SAN FRANCISCO, CA
                                                (City and State)

See reverse for important information

Form I-862 (Rev. 3/22/99)N

Attachment B

| Alien's Name | File Number | Date |
|---|---|---|
| Gurdeep SINGH  G.S | Case No: LAX0702001473  A072 966 539 | March 20, 2007 |

**The Service alleges that you:**

1) You are not a citizen or national of the United States;

2) You are a native of INDIA and a citizen of INDIA;

3) You were, on or about January 28, 1994, granted lawful permanent resident status to the United States of America;

4) You were, on or about June 25, 2003, convicted in the Superior Court at Sutter, CA for the offense of ORAL COPULATION WITH PERSON UNDER 18 (aggravated felony), in violation of Section 288a(b)(1) of the California Penal Code;

5) You were, on or about June 25, 2003, convicted in the Superior Court of Sutter, CA for the offense of FALSE IMPRISONMENT (felony), in violation of Section 236/237 of the California Penal Code;

6) You were, on or about February 21, 2007, applying for admission as a returning resident from Hong Kong at the Los Angeles International Airport;

7) You were, on or about February 21, 2007, issued a parole by Customs and Border Protection;

8) Your parole, issued to you on February 21, 2007, is hereby revoked as of March 20, 2007.

**On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:**

Section 212(a)(2)(A)(i)(I) of the Immigration and Nationality Act, as amended, in that you are an alien who has been convicted of, or who admits having committed, or who admits committing acts which constitute the essential elements of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime.

| Signature | Title |
|---|---|
| [signed] Kim NG | CUSTOMS & BORDER PROTECTION OFFICER |

3 of 3 Pages

Form I-831 Continuation Page (Rev. 6/12/92)

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this Notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents which you desire to have considered in connection with your case. If any document is in a foreign language, you must bring the original and a certified English translation of the document. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or deportable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear, of any relief from removal for which you may appear eligible including the privilege of departing voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the INS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

### Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to have a 10-day period prior to appearing before an immigration judge.

_____
(Signature of Respondent)

Before:

_____       Date: _____
(Signature and Title of INS Officer)

### Certificate of Service

This Notice to Appear was served on the respondent by me on March 20, 2007 (Date), in the following manner and in compliance with section 239(a)(1)(F) of the Act:

[X] in person     [ ] by certified mail, return receipt requested     [ ] by regular mail
[ ] Attached is a credible fear worksheet.
[X] Attached is a list of organizations and attorneys which provide free legal services.
The alien was provided oral notice in the __English__ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____       _____
(Signature of Respondent if Personally Served)     (Signature and Title of Officer)
GURDEEP SINGH                                     KIM NG
                                                  CBP OFFICER

Form I-862 (Rev. 3/22/99)N

# EXHIBIT 2

Case 3:08-cv-00881-MHP    Document 14-2    Filed 04/07/2008    Page 5 of 13

RONALD E. LE FEVRE
Chief Counsel
JAMES S. STOLLEY, JR.
Deputy Chief Counsel
GLENNA Y. MACGREGOR
Assistant Chief Counsel
U.S. Department of Homeland Security
Immigration and Customs Enforcement
Office of the Chief Counsel
P.O. Box 26449
San Francisco, CA 94126-6449
(415) 705-4675

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE OF IMMIGRATION REVIEW
IMMIGRATION COURT
SAN FRANCISCO, CA

| | |
|---|---|
| In the Matter of<br><br>**SINGH, Gurdeep**<br>Respondent,<br><br>In Removal Proceedings | File No.: A72 966 539<br><br>**SUBMISSION OF FORM I-261 AND MOTION TO PRETERMIT**<br><br>San Francisco, CA<br>Judge: Hon. M. J. Yamaguchi<br>Master Calendar Date: April 21, 2008<br>Time: 9:00 AM |

Please find attached the Government's submission of Form I-261, Additional Charges of Inadmissibility/Deportability. The Government no longer maintains that respondent is inadmissible. The Government respectfully moves the Court to pretermit respondent's application for cancellation of removal. Respondent is ineligible for such relief by virtue of his conviction for an aggravated felony. INA § 237(a)(2)(A)(iii) (2007).

Dated: March 15, 2008

Respectfully Submitted,

GLENNA Y. MACGREGOR
Assistant Chief Counsel
San Francisco, CA

U.S. Department of Justice
Immigration and Naturalization Service   **Additional Charges of Inadmissibility/Deportability**

In: ☒ Removal proceedings under section 240 of the Immigration and Nationality Act

☐ Deportation proceedings commenced prior to April 1, 1997 under former section 242 of the Immigration and Nationality Act

**In the Matter of:**

Alien/Respondent: **SINGH, Gurdeep**

File No: **A72 966 539**   Address: **ICE CUSTODY**

There is/are hereby lodged against you the additional charge(s), in lieu of the charges in your Notice to Appear, that you are subject to being taken into custody and deported or removed from the United States pursuant to the following provision(s) of law:

Section 237(a)(2)(A)(iii) of the Immigration and Nationality Act (Act), as amended, in that, at any time after admission, you have been convicted of an aggravated felony.

In support of the charge lodged against you there are submitted the following factual allegations in lieu of those set forth in the original charging document:

1. You are not a citizen or national of the United States;

2. You are a native of India and a citizen of India;

3. You were, on or about January 28, 1994, granted lawful permanent resident status to the United States of America;

4. You were, on or about June 25, 2003, convicted in the Superior Court at Sutter, CA for the offense of ORAL COPULATION WITH PERSON UNDER 18 (aggravated felony), in violation of Section 288a(b)(1) of the California Penal Code;

5. You were, on or about June 25, 2003, convicted in the Superior Court of Sutter, CA for the offense of FALSE IMPRISONMENT (felony), in violation of Section 236/237 of the California Penal Code.

Date: March 15, 2008

(signature of Government Counsel)

Form I-261(Rev 4/1/97)N

### Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this Notice.

**Conduct of the hearing:** At the time of you hearing, you should bring with you any affidavits or other documents which you desire to have considered in connection with your case. If any document is in a foreign language, you must bring the original and a certified English translation of the document. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or deportable on the charges contained in the Notice to Appear. You will have the opportunity to present evidence on your on behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government.

You will be advised by the immigration judge before whom you appear, of any relief from removal for which you may appear eligible including the privilege of departing voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the INS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

### Certificate of Service

This charging document was served on the respondent by me on March 15, 2008, in the following manner and in compliance with section 239(a)(1)(F) of the Act:

☐ in person  ☐ by certified mail, return receipt requested  ☒ by regular mail

to: Robert B. Jobe
Sara E. Coppin
LAW OFFICE OF ROBERT B. JOBE
550 Kearny St., Ste. 200
San Francisco, CA 94108

(Alien's address)

☐ The alien was provided oral notice in the _____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____     _____ ACC
(Signature of Respondent if Personally Served)     (Signature and Title of Officer)

# EXHIBIT 3

Robert B. Jobe
Sara E. Coppin
LAW OFFICE OF ROBERT B. JOBE
550 Kearny St., Suite 200
San Francisco, CA 94108
(415) 956-5513

Counsel for Respondent.

UNITED STATES DEPARTMENT OF JUSTICE

EXECUTIVE OFFICE FOR IMMIGRATION REVIEW

OFFICE OF THE IMMIGRATION JUDGE

SAN FRANCISCO, CALIFORNIA

| | | |
|---|---|---|
| In the Matter Of: | ) | A   72-966-539 |
| | ) | |
| GURDEEP SINGH, | ) | RESPONDENT'S UNOPPOSED MOTION FOR CUSTODY REDETERMINATION/ *JOSEPH* HEARING |
| Respondent, | ) | |
| | ) | Hearing:  April 21, 2008 |
| | ) | Time:    9:00 AM |
| in Removal Proceedings. | ) | Judge:   Hon. Yamaguchi |

Respondent, Gurdeep Singh ("Mr. Singh"), through undersigned counsel, hereby moves the Court to schedule a hearing to determine if he is subject to mandatory detention, pursuant to *In re Joseph*, 22 I & N Dec. 799 (BIA 1999); *see also Demore v. Kim,* 538 U.S. 510; 8 C.F.R. § 1003.19(h)(2)(ii). Mr. Singh has been in the custody of the Department of Homeland Security ("DHS") for over one year, since March 20, 2007.

On March 4, 2008, Sutter County Superior Court Presiding Judge Christopher R. Chandler ordered that Mr. Singh's felony conviction for violation of Cal. Penal Code 236/237 be

reduced to a misdemeanor, pursuant to that court's authority under Cal. Penal Code § 17(b). On March 7, 2008, Mr. Singh moved to terminate removal proceedings based on the fact that he is no longer inadmissible as an alien convicted on a crime involving moral turpitude. In a submission dated March 15, 2008, DHS filed a Form I-261, alleging that Mr. Singh is deportable pursuant to INA § 237 (a)(2)(A)(iii), as an alien convicted of an aggravated felony, and moved to pretermit Mr. Singh's application for cancellation of removal. In its motion, DHS states that "[t]he Government no longer maintains that respondent is inadmissible." Submission of Form I-261 and Motion to Pretermit. Although Mr. Singh's motion to terminate and DHS's motion to pretermit remain unadjudicated, DHS no longer maintains that Mr. Singh is inadmissible, and he therefore requests that the Court admit him and schedule a custody redetermination hearing as soon as possible. This motion is not opposed by the Office of the Chief Counsel.

Dated: March 24, 2008

Respectfully submitted,
LAW OFFICE OF ROBERT B. JOBE

_____
Sara E. Coppin
Robert B. Jobe
Counsel for Respondent

## PROOF OF SERVICE BY PERSONAL DELIVERY
### In re Gurdeep Singh, A 72-966-539

I, Sara E. Coppin, declare:

I am employed in the City and County of San Francisco California. My business address is 550 Kearny St., Ste. 200, San Francisco, CA, 94108. I am over the age of 18 and not a party to the above named action.

On March 24, 2008, I served a true copy of the following:

**RESPONDENT'S UNOPPOSED MOTION FOR CUSTODY REDETERMINATION/*JOSEPH* HEARING**

by personal hand-delivery to:

Glenna McGregor, ACC
U.S. Department of Homeland Security
Office of the Chief Counsel
120 Montgomery, 2d Floor
San Francisco, CA 94104

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration, made in conformity with 28 U.S.C. § 1746, was executed at San Francisco, California on March 24, 2008.

Sara Coppin

3

## CERTIFICATE OF SERVICE

I, the undersigned, declare:

That I am a citizen of the United States over the age of 18 years and not a party to the within-entitled action. I am an employee of the U.S. Department of Homeland Security and my business address is 630 Sansome Street, Room 902, San Francisco, California 94111;

That I served a true copy of the attached:

**GOVERNMENT'S MOTION FOR DISCRETIONARY STAY OF BOND DETERMINATION DECISION**

by placing said copy in an envelope, which was then sealed, and was on this day sent by U.S. Mail, full postage paid, addressed as follows:

> Robert B. Jobe, Esq.
> 550 Kearny Street, Suite 150
> San Francisco, CA 94108

and via facsimile transmission to: Robert B. Jobe, Esq at (415) 956-0850.

Executed on June 21, 2007, at San Francisco, California.