Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Suite 200
San Francisco, CA 94108
(415) 956-5513 (phone)
(415) 840-0308 (fax)

Attorney for Petitioner,
Gurdeep Singh.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GURDEEP SINGH, <br><br> Petitioner, <br><br> v. <br><br> LT. DAVID SEPULVEDA, JAIL ADMINISTRATOR, SANTA CLARA COUNTY DEPARTMENT OF CORRECTION; ET AL., <br><br> Respondents. | No.   CV 08-0881 MHP <br> DHS Alien Number:  A 72-966-539 <br><br><br><br><br> JOINT STATUS REPORT |

The parties hereby jointly inform the Court that on April 21, 2008, Immigration Judge ("IJ") Michael Yamaguchi ordered Petitioner, Mr. Gurdeep Singh ("Mr. Singh") removed, and pretermitted Mr. Singh's application for cancellation of removal, after finding that California Penal Code § 288a(b)(1) is categorically a crime of sexual abuse of a minor, and therefore an aggravated felony under INA 101(a)(43)(A), 8 U.S.C. 1101(a)(43)(A).  Having done so, the IJ disregarded the pending unopposed motion for custody redetermination.

//

//

//

Petitioner's Status Report
No. C 08-0881 MHP

DATED: April 24, 2008

Respectfully submitted,

/s/

ROBERT B. JOBE
Law Office of Robert B. Jobe
Attorney for Petitioner

JOSEPH P. RUSSONIELLO
United States Attorney

Ila C. Deiss
Assistant United States Attorney
Attorneys for Defendants

Petitioner's Status Report
No. C 08-0881 MHP