**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: April 28, 2008

Case No.   C 08-0881  MHP                    Judge: MARILYN H. PATEL

Title: GURDEEP SINGH -v- DAVID SEPULVEDA et al

Attorneys:  Plf:  Robert Jobe
            Dft: Ila Deiss

Deputy Clerk:  Anthony Bowser   Court Reporter: Connie Kuhl

**PROCEEDINGS**

1)   Hearing re Petitioner's Application for Writ

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Counsel submit after discussion; Govt to submit additional briefing not later than 5/12/2008; Petitioner to file responsive brief not later than 5/19/2008;

Further hearing set for 5/27/2008 at 10:00 am;