JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GURDEEP SINGH,<br><br>            Petitioner,<br><br>            v.<br><br>LT. DAVID SEPULVEDA, Jail Administrator, Santa Clara County Department of Correction; EDWARD FLORES, Chief of Correction, Santa Clara County Department of Correction; ANTHONY M. AIELLO, Assistant Field Office Director, San Francisco District Office, U.S. Immigration and Customs Enforcement; JULIE MYERS, Assistant Secretary, U.S. Immigration and Customs Enforcement; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; MICHAEL B. MUKASEY, Attorney General, United States,<br><br>           Respondents. | No. C 08-0881 MHP<br><br>**DECLARATION OF ILA C. DEISS IN SUPPORT OF RESPONDENTS' SUPPLEMENTAL BRIEFING IN OPPOSITION** |

Pursuant to Civil Local Rules 6-3 and 7-5 and 28 U.S.C. § 1746, I, Ila C. Deiss, declare as follows:

1. I am employed as an Assistant United States Attorney for the Northern District of California and have been assigned as local counsel in *Singh, v. Sepulveda*; *et al.*, No. C 08-0881 MHP. As such, I have personal knowledge of the following facts and could testify regarding these facts if called to do so.

Declaration of Ila C. Deiss
C-08-0881 MHP                              1

2. Immigration and Customs Enforcement have given me documents from Petitioner's administrative Alien File, some of which are attached to this declaration.

3. Attached as Exhibit 1 is a true and correct copy of the Report of the Probation Officer filed in the Superior Court of California, Sutter County in *People v. Singh*, CRF03-1194 on August 4, 2003.

4. Attached as Exhibit 2 is a true and correct copy of a portion of Petitioner's arrest record, certified on March 14, 2007

5. Attached as Exhibit 3 is a true and correct copy of an Interoffice Memorandum, recommending the denial of Petitioner's request for release, dated June 18, 2007.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed under the laws of the United States on this 12th day of May 2008, in San Francisco, California.

                          /s/
                     ILA C. DEISS

# EXHIBIT 1

JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GURDEEP SINGH, | No. C 08-0881 MHP |
|     Petitioner, | |
| v. | |
| LT. DAVID SEPULVEDA, Jail Administrator, Santa Clara County Department of Correction; EDWARD FLORES, Chief of Correction, Santa Clara County Department of Correction; ANTHONY M. AIELLO, Assistant Field Office Director, San Francisco District Office, U.S. Immigration and Customs Enforcement; JULIE MYERS, Assistant Secretary, U.S. Immigration and Customs Enforcement; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; MICHAEL B. MUKASEY, Attorney General, United States, | Exhibit 1 |
|     Respondents. | |

Exhibit 1 to Declaration of Ila C. Deiss awaits ruling on a proposed protective order of confidentiality.

C-08-0881 MHP                          1

# EXHIBIT 2

```
CII/22331328  SCN/25031250007      ID/duranbe
DREQ/20070312  TREQ/1021  RTE/ARCHIVE COPY

NAME/SINGH, GURDEEP
SEX/M  RACE/O  EYE/BRO  HAIR/BLK  HGT/507  WGT/180  DOB/10201983  CDL/D4516582
SOC/611686810  POB/IN  CITY/INDIA
CITIZENSHIP/US  DOCUMENTED/N  PHOTO AVAIL/Y

TYPE OF TRANS/CRM  ORI/CA0510000  CASOYUBA CITY  DATE OF ARREST/05-05-2003
LOCAL NUMBER/03-0002066  56567
FP DATE/05-05-2003  FP OFFICIAL/RUONA - RUONA
```



```
Identix model TP-600 /#002041/              LX OPT/#b990F1DF     /091922-031207
```

```
CHG/1 BOOK TYPE/ARREST
NOC/001  288A(B)(2) PC ORAL COP:PERSON UNDER 16   F 36047
DOO/05052003
```

DATE: MAR 14 2007

I HEREBY CERTIFY THAT THIS IS A TRUE AND ACCURATE COPY OF AN ORIGINAL DOCUMENT INDEXED IN THE FILES OF THE CALIFORNIA DEPARTMENT OF JUSTICE, BUREAU OF CRIMINAL IDENTIFICATION AND INFORMATION.

BY: _____
CUSTODIAN OR KEEPER OF RECORDS

```
CHG/1
BOOK TYPE/ARREST
NOC/001   288A(B)(2) PC ORAL COP:PERSON UNDER 16   F   36047
DOO/05052003

CHG/2
BOOK TYPE/ARREST
NOC/001   245(A)(2) PC ASLT W/FIREARM ON PERSON   F   13095
DOO/05052003

CHG/3
BOOK TYPE/ARREST
NOC/001   236 PC IMPRISON:ELD/ETC:VIOL/ETC   F   56030
IDF/ELD DOO/05052003

OCC/DISABILITY

VERIFIED/

LIVE SCAN ID/250
IMAGE MAKE/IDX
IMAGE MODEL/TP-600
IMAGE SERIAL NUMBER/002041
IMAGE PREPROCESSING/N

SOFTWARE REVISION/4.22b/1.12b
TABLES VERSION/031151247
```

***** END OF DOCUMENT *****

DATE: MAR 14 2007

I HEREBY CERTIFY THAT THIS IS A TRUE AND ACCURATE COPY OF AN ORIGINAL DOCUMENT INDEXED IN THE FILES OF THE CALIFORNIA DEPARTMENT OF JUSTICE, BUREAU OF CRIMINAL IDENTIFICATION AND INFORMATION.

BY: _[signature]_
CUSTODIAN OR KEEPER OF RECORDS

```
              *   * FILE COPY  * DO NOT DESTROY *   *
                    FINGERPRINT VERIFICATION INFORMATION

PROCESS FLAG: FINGER POSITION CHANGE
OPERATOR ID: KWONG   PROCESS DATE: 200305

PROCESS FLAG: EWS FIM PROCESS
OPERATOR ID: KWONG   PROCESS DATE: 200305


              *   *  END OF REPORT  *   *
```

DATE: MAR 14 2007

I HEREBY CERTIFY THAT THIS IS A TRUE AND ACCURATE COPY OF AN ORIGINAL DOCUMENT INDEXED IN THE FILES OF THE CALIFORNIA DEPARTMENT OF JUSTICE, BUREAU OF CRIMINAL IDENTIFICATION AND INFORMATION.

BY: _[signature]_
CUSTODIAN OR KEEPER OF RECORDS

# EXHIBIT 3



U.S. Department of Homeland Security
San Francisco Field Office
630 Sansome St.
San Francisco, CA 94111

**U.S. Immigration and Customs Enforcement**

# Interoffice Memorandum

To:   Nancy Alcantar
      Field Office Director

From: Ethel Balayan
      Deportation Officer

Date: June 18, 2007

Re: Request for Release for Gurdeep SINGH, A72 966 539

☐ . Alien is subject to a regularly scheduled POCR.  Date POCR is due:

☐   Field Officer Director has previously denied request, no changed circumstances.

☐   Immigration Judge/BIA has jurisdiction over custody conditions.

Does not meet the above criteria.  Reasons for <u>denial</u> or grant:

Subject is a 23-year-old male, native, and citizen of India, who is a lawful permanent resident of the U.S. since January 28, 1994.  On February 21, 2007, he sought admission at the Los Angeles International Airport as a returning resident.  He was then paroled by Customs and Border Protection to appear at the San Francisco Deferred Inspections.

On March 20, 2007, Deferred Inspections revoked subject's parole and issued a Notice to Appear, charging subject as removable for having been convicted a crime involving CIMT, and placed subject into ICE custody that same day.  Subject has convictions, dated June 25, 2003, for *Oral Copulation with Person Under 18*, an aggravated felony, and for *False Imprisonment*, a felony.  The sentencing for these convictions occurred on August 4, 2003.

Subject's criminal history also includes the following, per TECS:

10/17/2000 - *Force/ADW-Not Firearm:GBI Likely* and *Disrupt School Activities*, sentenced to a Juvenile Hall.

08/04/2003 – *Oral Copulation:By Use of Force/Injury* and *Assault with Firearm on Person*. Both charges were dismissed/furtherance of justice.



U.S. Department of Homeland Security
San Francisco Field Office
630 Sansome St.
San Francisco, CA 94111

**U.S. Immigration and Customs Enforcement**

**Request for Release**
**Page 2**
**Gurdeep SINGH, A72 966 539**

On April 9, 2007, subject filed a motion to terminate proceedings, contesting that his convictions were not CIMTs. On May 22, 2007, the immigration judge granted subject's motion to terminate proceedings. The government then filed an appeal on June 14, 2007. It is currently pending.

This office has received a request from subject's attorney for his release on bond, and/or ISAP, citing subject's parents' dependence on him for finances, transportation needs and assistance around the house. The request also includes letters of support from subject's USC mother, LPR father, USC brother, and employer.

While subject may not pose a flight risk, it is important to highlight that subject has committed particularly serious crimes. Although subject's case may involve lengthy proceedings, I recommend that he remain in custody pending the decision of the BIA.

*Subject poses a danger to Community - Sex offence included violence. DS*

Supervisory concurrence: _____ *Concur*

Assistant Field Office Director's concurrence: _____ *Concur*

Field Office Director's concurrence: _____

Date/Time attorney of record was notified of decision: _____