UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: May 27 2008

Case No.   C 08-0881  MHP               Judge: MARILYN H. PATEL

Title: GURDEEP SINGH -v- DAVID SEPULVEDA et al

Attorneys:  Plf:  Robert Jobe
            Dft: Ila Deiss

Deputy Clerk:  Anthony Bowser   Court Reporter: Sahar McVicker

## PROCEEDINGS

1)   Further Hearing re Petitioner's Application for Writ

2)

3)

## ORDERED AFTER HEARING:

Counsel submit after further discussion; Court to grant application and shall release petitioner; Court to issue order.